**1611-AC07161**

Electronically Filed - St Charles Circuit Div - December 09, 2016 - 11:34 AM

IN THE CIRCUIT COURT
SAINT CHARLES COUNTY
STATE OF MISSOURI
ASSOCIATE DIVISION

| | | |
|---|---|---|
| **JAMES STEWARD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. |
| v. | ) | |
| | ) | Division |
| **COMMERCE BANK,** | ) | |
| | ) | |
| Serve at: | ) | |
| 1000 WALNUT STREET | ) | |
| KANSAS CITY, MO 64106 | ) | |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## PETITION

COMES NOW, Plaintiff, James Steward, and for his Petition states as follows:

## INTRODUCTION

1.     This is an action for statutory damages brought by an individual consumer for violations of the Telephone Consumer Protection Act of 1991("TCPA"), 47 USC 227 *et. Seq.*

2.     This is an action for actual and punitive damages brought by an individual consumer for invasion of privacy.

3.     Plaintiff demands a trial by jury on all issues so triable.

## JURISDICTION

4.     This Court has jurisdiction of the TCPA claim under 47 U.S.C. § 227 (3)(b). Venue is appropriate in this Court because Defendant Commerce Bank ("Commerce") placed prohibited telephone calls to Plaintiff at Plaintiff's phone located in St. Charles County, Missouri.

5.     This Court has jurisdiction of the claim of invasion of privacy because the conduct giving rise to the claim occurred in St. Charles County, Missouri.

Exhibit A

Electronically Filed - St. Charles Circuit Div - December 09, 2016 - 11:34 AM

## PARTIES

6.      Plaintiff is a natural person currently residing in St. Charles County, Missouri.

7.      Defendant Commerce Bank is a corporation whose primary corporate address is 1000 Walnut Street, Kansas City, MO 64106.  Defendant is a corporation and a "person" as defined by 47 U.S.C. § 153(10).

### *Telephone Consumer Protection Act*

8.      At all times relevant to this complaint, the Plaintiff was and is a "person" as defined by the TCPA 47 U.S.C. § 153(39).

9.      At all times relevant to this complaint, Defendant has owned, operated, and or controlled "customer premises equipment" as defined by the TCPA 47 U.S.C. § 153(16) that originated, routed, and/or terminated telecommunications.

10.     Defendant at all times relevant to the complaint herein engages in "telecommunications" as defined by the TCPA 47 U.S.C. § 153(50).

11.     Defendant at all times relevant to the complaint herein engages in "interstate communications" as defined by the TCPA 47 U.S.C. § 153(28).

12.     At all times relevant to this complaint, Defendant has used, controlled, and/or operated "wire communications" as defined by the TCPA 47 U.S.C. § 153(59), that existed as instrumentalities of interstate and intrastate commerce.

13.     At all times relevant to this complaint, Defendant has used, controlled, and/or operated "automatic telephone dialing systems" as defined by the TCPA 47 U.S.C. § 227(a)(1) and 47 C.F.R. 64.1200(f)(2).

### *Invasion of Privacy*

14.     The Federal Communications Commission recognized the costs and damage to a

Electronically Filed - St Charles Circuit Div - December 09, 2016 - 11:34 AM

consumer's right to privacy that automated and pre-recorded calls created:

> Noting that Congress found that automated or prerecorded telephone calls were a greater nuisance and invasion of privacy than live solicitation calls, and that such calls can be costly and inconvenient, the Commission determined that the TCPA and its rules prohibit such calls to wireless numbers. The Commission also recognized that wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used.

*In the Matter of Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, 23 FCC Rcd 559, ¶7 (Jan. 4, 2008).

## FACTS

15.    Within four years immediately preceding the filing of this lawsuit, Defendant telephoned the Plaintiff's cellular phone using an automatic telephone dialing system on numerous occasions and left artificial or pre-recorded messages on the Plaintiff's answering service in violation of the TCPA.

16.    Plaintiff never gave his express written consent to be called on his cellular telephone by automatic dialed telephone calls or prerecorded messages.

17.    Plaintiff never signed any writing containing a clear and conspicuous disclosure, as required under 47 C.F.R. § 64.1200(f)(8)(i), informing the Plaintiff that by executing an agreement, Plaintiff consents to receive phone calls delivered using an automatic telephone dialing system or an artificial or prerecorded voice.

18.    Defendant's phone calls came from its number 816-234-2000.

19.    Defendant knows the TCPA's prohibitions against using an autodialer and pre-recorded messages to call cell phones, and it has been sued numerous times for such violations, and has continued to make unauthorized and prohibited phone calls despite this knowledge.

20.    On September 8, 2016, Plaintiff called Defendant and explicitly revoked any

Electronically Filed - St Charles Circuit Div - December 09, 2016 - 11:34 AM

permission or consent Defendant may have ever had to call his cellular telephone number (314) 363-3553, and instructed Defendant to never call his cellular telephone ever again, and instructed Defendant to only contact his attorney, providing his attorney's information.

### *Violations of the TCPA*

21.     Defendant never obtained express written consent from Plaintiff, pursuant to 47 U.S.C. § 227 (b)(1)(A), to place telephone calls to Plaintiff's cellular phone using an automatic telephone dialing system or to send pre-recorded messages to Plaintiff's cellular phone, (314) 363-3553.

22.     Plaintiff received numerous such illicit non-emergency pre-recorded and/or synthesized phone calls or voice messages from Defendant's automatic telephone dialing system dating, and he was charged for these phone calls, in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

23.     Defendant's phone calls for Plaintiff were placed from Defendants' automatic telephone dialing system, as defined by 47 U.S.C. § 227(a)(1), from the phone number that is registered to the Defendant.

24.     Specifically, Defendant's dialing system has the capacity to store, dial, and generate phone numbers such as Plaintiff's.

### *Invasion of Privacy – Intrusion Upon Seclusion*

25.     Defendant intentionally and/or negligently interfered, physically or otherwise, with the solitude, seclusion and or private concerns or affairs of this Plaintiff by repeatedly and unlawfully attempting to collect a debt from Plaintiff by calling Plaintiff's cellular telephone without consent by Plaintiff, and thereby invaded Plaintiff's right to privacy.

26.     Plaintiff had a reasonable expectation of privacy in Plaintiff's solitude, seclusion, private concerns or affairs.

Electronically Filed - St Charles Circuit Div - December 09, 2016 - 11:34 AM

27.     The conduct of Defendant in engaging in the above-described illegal telecommunications conduct against Plaintiff, resulted in multiple intrusions and invasions of privacy by Defendant that occurred in a way that would be highly offensive to a reasonable person in that position.

28.     As a result of such intrusions and invasions of privacy, Plaintiff is entitled to actual damages and punitive damages from Defendant in an amount to be determined at trial.

### COUNT I: VIOLATION OF THE TCPA

29.     Plaintiff re-alleges and incorporates by reference all prior paragraphs.

30.     Defendant has a policy, practice or procedure of placing automated and pre-recorded calls to cell phones without the prior consent of the called parties.

31.     In its attempts to collect the alleged debt from Plaintiff, Defendant has committed violations of the TCPA, 47 USC 227 et. seq., including, but not limited to, the following:

      a.     Placing non-emergency phone calls to Plaintiff's cellular phone without express authorized consent of the Plaintiff. 47 USC 227(b) (1) (A)(iii).

32.     Defendant's violations were negligent, or alternatively, they were willful or knowing, in violation of 47 U.S.C. § 312(f)(1).

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendants for:

A. Judgment that Defendants' conduct violated the TCPA;

B. Actual damages;

C. Statutory damages pursuant to 47 USC (b)(3); and

D. For such other relief as the Court may deem just and proper.

### COUNT II: INVASION OF PRIVACY – INTRUSION UPON SECLUSION

33.     Plaintiff re-alleges and incorporates by reference all prior paragraphs.

Electronically Filed - St. Charles Circuit Div - December 09, 2016 - 11:34 AM

34.     The aforementioned intrusion upon seclusion by Defendant was highly offensive to a reasonable person.

**WHEREFORE**, Plaintiffs respectfully request that judgment be entered against Defendant for:

A.     Actual damages;

B.     Punitive damages;

C.     Court costs;

D.     For such other relief as the Court may deem just and proper.

Respectfully submitted by,

Pontello Law, LLC

/s/ Dominic M. Pontello

_____

Dominic M. Pontello, #60947
Attorney for Plaintiff
5988 Mid Rivers Mall Dr., Suite 114
St. Charles, MO  63304
(636) 541-7673
(636) 441-6881 facsimile
dominic@pontellolaw.com

## DOCUMENT PRESERVATION DEMAND

Plaintiff hereby demands that the Defendant take affirmative steps to preserve all recordings, data, databases, call records, consent to receive autodialed or prerecorded calls, emails, recordings, documents and all other tangible things that relate to the allegations herein, to the Plaintiff, or the making of telephone calls, the events described herein, any third party associated with any telephone call, campaign, account, sale or file associated with Plaintiff, and any account or number or symbol relating to any of them.   These materials are very likely relevant to the litigation of this claim.   If Defendant is aware of any third party that has possession, custody, or control of any such materials, Plaintiff demands that the Defendant request that such third party also take steps to preserve the materials.   This demand shall not narrow the scope of any independent document preservation duties of the Defendant.

/s/ Dominic M. Pontello

**1611-AC07161**

Electronically Filed - St Charles Circuit Div - December 09, 2016 - 11:34 AM

IN THE CIRCUIT COURT OF SAINT CHARLES COUNTY
STATE OF MISSOURI
ASSOCIATE DIVISION

| | |
|---|---|
| **JAMES STEWARD** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Cause No. |
| | ) |
| **COMMERCE BANK** | ) Division |
| | ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |

### REQUEST FOR APPOINTMENT OF PROCESS SERVER

**COMES NOW**, undersigned counsel, pursuant to Local Rules, and at his own risk requests the appointment of the Circuit Clerk of:

**MICHAEL SIEGEL
KANSAS CITY PROCESS SERVICE
P.O. BOX 717
SMITHVILLE, MO 64089
816-217-3329**

Natural persons of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

**SERVE AT:**
1000 WALNUT STREET
KANSAS CITY, MO 64106

All Risks to Plaintiff
So Appointed:

Date: _____

By: _____

Pontello Law, LLC
   __/s/ Dominic M. Pontello____
Dominic M. Pontello, #60947
Attorney for Plaintiff
5988 Mid Rivers Mall Dr., Suite 114
St. Charles, MO  63304
(636) 541-7673
(636) 441-6881 facsimile



# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>NORMAN C STEIMEL III | Case Number:  1611-AC07161 |
| Plaintiff/Petitioner:<br>JAMES STEWARD | Plaintiff's/Petitioner's Attorney/Address:<br>DOMINIC M PONTELLO<br>PONTELLO LAW LLC<br>5988 MID RIVERS MALL DR<br>SUITE 114<br>SAINT CHARLES, MO  63304<br>(636) 541-7673 |
| vs. | |
| Defendant/Respondent:<br>COMMERCE BANK | Date, Time and Location of Court Appearance:<br>**24-JAN-2017, 09:00 AM**<br>**DIVISION 10 COURTROOM**<br>**300 N 2nd STREET**<br>**SAINT CHARLES, MO  63301** |
| Nature of Suit:<br>AC Other Tort | (Date File Stamp) |

## Associate Division Summons

The State of Missouri to:  **COMMERCE BANK**
    Alias:

1000 WALNUT
KANSAS CITY, MO 64106

*COURT SEAL OF*

*ST. CHARLES COUNTY*

        You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition.  You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo.  Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.
        If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

        _____12/12/2016_____        _____/S/ Judy Zerr_____
                            Date                                                      Clerk

    Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.

    I certify that I have served the above summons by:  (check one)

☐   delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐   leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
    _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐   (for service on a corporation) delivering a copy of the summons and a copy of the petition to
    _____ (name ) _____ (title).
☐   other_____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
        Printed Name of Sheriff or Server                              Signature of Sheriff or Server
                **Must be sworn before a notary public if not served by an authorized officer:**
                Subscribed and sworn to before me on _____ (date).
    *(Seal)*
                My commission expires: _____        _____
                                                    Date                                  Notary Public

| | |
|---|---|
| Sheriff's Fees, if applicable | |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

STATE OF MISSOURI                    )
                                     ) ss.
ST. CHARLES COUNTY, MISSOURI         )

### IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

### NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

Pursuant to Missouri Supreme Court Rule 17, the Circuit Court of St. Charles County, Missouri (Eleventh Judicial Circuit) has adopted a local rule to encourage voluntary alternative dispute resolution.  The purpose of the rule and the program it establishes is to foster timely, economical, fair and voluntary settlements of lawsuits without delaying or interfering with a party's right to resolve a lawsuit by trial.

This program applies to all civil actions other than cases in the small claims, probate and family court divisions of the Circuit Court, and you are hereby notified that it is available to you in this case.

The program encourages the voluntary early resolution of disputes through mediation. Mediation is an informal non-binding alternative dispute resolution process in which a trained mediator facilitates discussions and negotiations among the parties to help them resolve their dispute.  The mediator is impartial and has no authority to render a decision or impose a resolution on the parties.   During the course of the mediation, the mediator may meet with the parties together and separately to discuss the dispute, to explore the parties' interests, and to stimulate ideas for resolution of the dispute.

A list of mediators approved by the court and information regarding their qualifications is kept by the Circuit Clerk's Office.  If all parties to the suit agree to mediation, within ten days after they have filed the Consent to Mediation Form on the reverse side of this page with the Clerk of the Court, they shall jointly select from that list a mediator who is willing and available to serve.  If the parties cannot agree upon the mediator to be selected, the Court will make the selection.

The full text of the Circuit Court's local court rules, including Rule 38 Alternative Dispute Resolution, is available from the Clerk of the Circuit Court or at: http://www.courts.mo.gov/hosted/circuit11/Documents/LOCAL_COURT_RULES.pdf

A copy of this Notice is to be provided by the Clerk of the Circuit Court to each of the parties initiating the suit at the time it is filed, and a copy is to be served on each other party in the suit with the summons and petition served on that party.

STATE OF MISSOURI                          )
                                           ) ss.
ST. CHARLES COUNTY, MISSOURI               )

### IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

_____  )
                   Plaintiff(s),  )
                                  )
vs.                               )          Cause #_____
                                  )
_____  )
                  Defendant(s).   )

## CONSENT TO MEDIATION FORM

      I, the undersigned counsel of record in this case, hereby certify that I have discussed the subject of mediation under the Court's Alternative Dispute Resolution Program with my client(s) in this case and that:

_____  We believe that mediation would be helpful in this case and consent to the referral of the case to mediation upon the filing of similar consents by all other parties in the case.

_____  We do not consent to the referral of this case to mediation.

 

_____
Signature

_____
(Print Name)

Attorney for:

_____
(Party or Parties)

Date: _____

**1611-AC07161**

Electronically Filed - St. Charles Circuit Div - December 09, 2016 - 11:34 AM

IN THE CIRCUIT COURT OF SAINT CHARLES COUNTY
STATE OF MISSOURI
ASSOCIATE DIVISION

| | | |
|---|---|---|
| **JAMES STEWARD** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No. |
| | ) | |
| **COMMERCE BANK** | ) | Division |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

**COMES NOW**, undersigned counsel, pursuant to Local Rules, and at his own risk requests the appointment of the Circuit Clerk of:

**MICHAEL SIEGEL**
**KANSAS CITY PROCESS SERVICE**
**P.O. BOX 717**
**SMITHVILLE, MO 64089**
**816-217-3329**

Natural persons of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

**SERVE AT:**
1000 WALNUT STREET
KANSAS CITY, MO 64106

Pontello Law, LLC
   /s/ Dominic M. Pontello
All Risks to Plaintiff                          Dominic M. Pontello, #60947
So Appointed:                                   Attorney for Plaintiff
                                                5988 Mid Rivers Mall Dr., Suite 114
Date:  ALL RISKS TO PLAINTIFF                   St. Charles, MO  63304
        SO APPOINTED:                           (636) 541-7673
By:    /S/ JUDY ZERR 2:16 pm, Dec 12, 2016      (636) 441-6881 facsimile



IN THE ELEVENTH JUDICIAL CIRCUIT
SAINT CHARLES COUNTY, MISSOURI
ASSOCIATE CIVIL DIVISION



**FILED**

JAN 2 4 2017

**JUDY ZERR**
**CIRCUIT CLERK**
**ST CHARLES COUNTY**

_JAMES STEWARD_

**PLAINTIFF**

CAUSE NO. _1611-AC 07161_

VS

_COMMERCE BANK_

DIVISION: _12T_

**DEFENDANT**

## MEMORANDUM/ORDER

COMES NOW _____ AND ENTERS THEIR APPEARANCE
AS ATTORNEY FOR _____.

CASE CONTINUED TO _3/1/2017_ AT _9:00_ (AM)/PM.

**BY** (PLAINTIFF) ~~DEFENDANT~~ ☐ CONSENT
**FOR** TRIAL (CALL DOCKET) ☐ SETTING OR DISPOSITION

☐ COMES NOW THE **(PLAINTIFF/DEFENDANT)** AND REQUESTS A CHANGE OF JUDGE.
MOTION IS **(GRANTED/DENIED)**. IF MOTION IS GRANTED, THE CAUSE IS ASSIGNED TO
DIVISION _____ AND SET FOR **(TRIAL/ANNOUNCEMENT)** ON _____.

☐ COMES NOW **(PLAINTIFF/DEFENDANT)** AND REQUESTS A TRIAL BY JURY.

☐ CASE DISMISSED **WITH/WITHOUT** PREJUDICE AT PLAINTIFFS COSTS.

☐ CASE CALLED. PARTIES FAIL TO APPEAR. CASE DISMISSED **WITH/WITHOUT**
PREJUDICE **FOR FAILURE TO PROSECUTE/LACK OF SERVICE** AT PLAINTIFFS COSTS.

☐ OTHER: _____

_____

_____

_(signature)_ _66379_
**PLAINTIFF/PLAINTIFF'S ATTORNEY    BAR #**

**DEFENDANT/DEFENDANT'S ATTORNEY    BAR #**

**ADDRESS, CITY STATE & ZIP**

**ADDRESS, CITY STATE & ZIP**

**PHONE NUMBER**

**PHONE NUMBER**

**SO ORDERED:**

**JUDGE                    BAR #**

**DATE:** _____

Electronically Filed - St Charles Circuit Div - March 21, 2017 - 11:07 AM



**IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>NORMAN C STEIMEL III | Case Number:  1611-AC07161 |
| Plaintiff/Petitioner:<br>JAMES STEWARD | Plaintiff's/Petitioner's Attorney/Address:<br>DOMINIC M PONTELLO<br>PONTELLO LAW LLC<br>5988 MID RIVERS MALL DR<br>SUITE 114<br>SAINT CHARLES, MO  63304<br>(636) 541-7673 |
| vs. | |
| Defendant/Respondent:<br>COMMERCE BANK | Date, Time and Location of Court Appearance:<br>**24-JAN-2017, 09:00 AM<br>DIVISION 10 COURTROOM<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301** |
| Nature of Suit:<br>AC Other Tort | (Date File Stamp) |

## Associate Division Summons

| | |
|---|---|
| The State of Missouri to:   **COMMERCE BANK**<br>                                          Alias: | |

1000 WALNUT
KANSAS CITY, MO  64106

*COURT SEAL OF*

       You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition.  You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo.  Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.
       If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

*ST. CHARLES COUNTY*

_____12/12/2016_____          _____/S/ Judy Zerr_____
              Date                                                          Clerk

Further Information:

---

### Sheriff's or Server's Return

Note to serving officer:  Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by:  (check one)

☐  delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐  leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐  (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name ) _____ (title).

☒  other____SUMMMONS WITHDRAWN_____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                                    Signature of Sheriff or Server

                   **Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

                   My commission expires: _____        _____
                                                          Date                              Notary Public

---

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $_____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St. Charles Circuit Div - March 21, 2017 - 11:09 AM

IN THE CIRCUIT COURT
SAINT CHARLES COUNTY
STATE OF MISSOURI
ASSOCIATE DIVISION

JAMES STEWARD,                              )
                                            )
            Plaintiff,                      )
                                            )  Cause No. 1611-AC07161
v.                                          )
                                            )  Division 12
COMMERCE BANK                               )

## REQUEST FOR ALIAS SUMMONS

**COMES NOW**, undersigned counsel, pursuant to Local Rules, and hereby requests that

an alias summons be issued by the circuit clerk in this case, because the first summons expired

before service.  I am requesting an alias summons be issued for the following defendant:

(1) COMMERCE BANK.

Respectfully submitted by,

**PONTELLO & BRESSLER**

Date: _____3/21/2017_____          ___/s/ Dominic M. Pontello_____
                                        Dominic M. Pontello, #60947
                                        Attorney for Plaintiff
                                        406 Boones Lick Rd
                                        St. Charles, Missouri 63301
                                        (636) 896-4170
                                        (636) 246-0141 facsimile
                                        dominic@pontellolaw.com

Electronically Filed - St Charles Circuit Div - March 21, 2017 - 11:09 AM

IN THE CIRCUIT COURT OF SAINT CHARLES COUNTY
STATE OF MISSOURI
ASSOCIATE DIVISION

**JAMES STEWARD**                    )
                                     )
       Plaintiff,            )
v.                                   ) Cause No.
                                     )
**COMMERCE BANK**                    ) Division
                                     )
       Defendant.            ) **JURY TRIAL DEMANDED**

### REQUEST FOR APPOINTMENT OF PROCESS SERVER

**COMES NOW**, undersigned counsel, pursuant to Local Rules, and at his own risk

requests the appointment of the Circuit Clerk of:

**MICHAEL SIEGEL**
**KANSAS CITY PROCESS SERVICE**
**P.O. BOX 717**
**SMITHVILLE, MO 64089**
**816-217-3329**

Natural persons of lawful age to serve the summons and petition in this cause on the

below named parties.  This appointment as special process server does not include the

authorization to carry a concealed weapon in the performance thereof.

**SERVE AT:**
1000 WALNUT STREET
KANSAS CITY, MO 64106

|  |  |
|---|---|
| | **PONTELLO & BRESSLER** |
| |   /s/ Dominic M. Pontello_____ |
| All Risks to Plaintiff | Dominic M. Pontello, #60947 |
| So Appointed: | Attorney for Plaintiff |
| | 406 Boones Lick Rd |
| Date: _____ | St. Charles, MO  63301 |
| | (636) 896-4170 |
| By: _____ | (636) 246-0141 facsimile |

*I INV 23*



IN THE ELEVENTH JUDICIAL CIRCUIT
SAINT CHARLES COUNTY, MISSOURI
ASSOCIATE CIVIL DIVISION

**FILED**

MAR 2 1 2017

**JUDY ZERR
CIRCUIT CLERK
ST CHARLES COUNTY**

_James Steward_

**PLAINTIFF**

VS

_Commno Bank_

**DEFENDANT**

CAUSE NO. _16// - ACO7/6/_

DIVISION: _1 2 W_

## MEMORANDUM/ORDER

☐ COMES NOW _____ AND ENTERS THEIR APPEARANCE
AS ATTORNEY FOR _____.

☒ CASE CONTINUED TO _5/2/2017_ AT _9:00_ (AM)/PM.

**BY** ☒ PLAINTIFF  ☐ DEFENDANT  ☐ CONSENT
**FOR** ☐ TRIAL  ☒ CALL DOCKET  ☐ SETTING OR DISPOSITION

☐ COMES NOW THE (**PLAINTIFF/DEFENDANT**) AND REQUESTS A CHANGE OF JUDGE.
MOTION IS (**GRANTED/DENIED**).  IF MOTION IS GRANTED, THE CAUSE IS ASSIGNED TO
DIVISION _____ AND SET FOR (**TRIAL/ANNOUNCEMENT**) ON _____.

☐ COMES NOW (**PLAINTIFF/DEFENDANT**) AND REQUESTS A TRIAL BY JURY.

☐ CASE DISMISSED **WITH/WITHOUT** PREJUDICE AT PLAINTIFFS COSTS.

☐ CASE CALLED.  PARTIES FAIL TO APPEAR.  CASE DISMISSED **WITH/WITHOUT**
PREJUDICE **FOR FAILURE TO PROSECUTE/LACK OF SERVICE** AT PLAINTIFFS COSTS.

☒ OTHER: _Alias Summons Request_ _____

_____

_____

_[signature]_ _66379_

**PLAINTIFF/PLAINTIFF'S ATTORNEY    BAR #**

**DEFENDANT/DEFENDANT'S ATTORNEY    BAR #**

**ADDRESS, CITY STATE & ZIP**

**ADDRESS, CITY STATE & ZIP**

**PHONE NUMBER**

**PHONE NUMBER**

**SO ORDERED:**

**JUDGE                    BAR #**

**DATE:** _____



# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>MATTHEW E P THORNHILL | Case Number: 1611-AC07161 |
|---|---|
| Plaintiff/Petitioner:<br>JAMES STEWARD | Plaintiff/Petitioner's Attorney/Address:<br>DOMINIC M PONTELLO<br>PONTELLO & BRESSLER<br>406 BOONES LICK RD<br>SAINT CHARLES, MO  63301<br>(636) 896-4170 |
| vs. | |
| Defendant/Respondent:<br>COMMERCE BANK | Date, Time and Location of Court Appearance:<br>02-MAY-2017, 09:00 AM<br>**DIVISION 12 COURTROOM**<br>**300 N 2nd STREET**<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>AC Other Tort | (Date File Stamp) |

## Associate Division Alias Summons

The State of Missouri to:  **COMMERCE BANK**
                          Alias:

1000 WALNUT ST
KANSAS CITY, MO  64106



**COURT SEAL OF**

**ST. CHARLES COUNTY**

     You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

     If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

| **3/22/2017** | **/S/ Judy Zerr** |
|---|---|
| Date | Circuit Clerk |

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:** Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
   Printed Name of Sheriff or Server           Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

| *(Seal)* | Subscribed and sworn to before me on _____ (date). |
|---|---|
| | My commission expires: _____     _____ |
| | Date               Notary Public |

---

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

STATE OF MISSOURI     )
               ) ss.
ST. CHARLES COUNTY, MISSOURI  )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

   Pursuant to Missouri Supreme Court Rule 17, the Circuit Court of St. Charles County, Missouri (Eleventh Judicial Circuit) has adopted a local rule to encourage voluntary alternative dispute resolution.  The purpose of the rule and the program it establishes is to foster timely, economical, fair and voluntary settlements of lawsuits without delaying or interfering with a party's right to resolve a lawsuit by trial.

   This program applies to all civil actions other than cases in the small claims, probate and family court divisions of the Circuit Court, and you are hereby notified that it is available to you in this case.

   The program encourages the voluntary early resolution of disputes through mediation. Mediation is an informal non-binding alternative dispute resolution process in which a trained mediator facilitates discussions and negotiations among the parties to help them resolve their dispute.  The mediator is impartial and has no authority to render a decision or impose a resolution on the parties.   During the course of the mediation, the mediator may meet with the parties together and separately to discuss the dispute, to explore the parties' interests, and to stimulate ideas for resolution of the dispute.

   A list of mediators approved by the court and information regarding their qualifications is kept by the Circuit Clerk's Office.  If all parties to the suit agree to mediation, within ten days after they have filed the Consent to Mediation Form on the reverse side of this page with the Clerk of the Court, they shall jointly select from that list a mediator who is willing and available to serve.  If the parties cannot agree upon the mediator to be selected, the Court will make the selection.

   The full text of the Circuit Court's local court rules, including Rule 38 Alternative Dispute Resolution, is available from the Clerk of the Circuit Court or at: http://www.courts.mo.gov/hosted/circuit11/Documents/LOCAL_COURT_RULES.pdf

   A copy of this Notice is to be provided by the Clerk of the Circuit Court to each of the parties initiating the suit at the time it is filed, and a copy is to be served on each other party in the suit with the summons and petition served on that party.

STATE OF MISSOURI            )
                                  ) ss.
ST. CHARLES COUNTY, MISSOURI   )

### IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

| | | |
|---|---|---|
| _____ ) | | |
| Plaintiff(s), ) | | |
| ) | | |
| vs.                     ) | Cause #_____ | |
| ) | | |
| _____ ) | | |
| Defendant(s). ) | | |

### CONSENT TO MEDIATION FORM

       I, the undersigned counsel of record in this case, hereby certify that I have discussed the subject of mediation under the Court's Alternative Dispute Resolution Program with my client(s) in this case and that:

_____ We believe that mediation would be helpful in this case and consent to the referral of the case to mediation upon the filing of similar consents by all other parties in the case.

_____ We do not consent to the referral of this case to mediation.

                                    _____
                                    Signature

                                    _____
                                    (Print Name)

                                    Attorney for:

                                    _____
                                    (Party or Parties)

Date: _____

Electronically Filed - St. Charles Circuit Div - March 21, 2017 - 11:09 AM

IN THE CIRCUIT COURT OF SAINT CHARLES COUNTY
STATE OF MISSOURI
ASSOCIATE DIVISION

| | |
|---|---|
| **JAMES STEWARD** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Cause No. |
| | ) |
| **COMMERCE BANK** | ) Division |
| | ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

**COMES NOW**, undersigned counsel, pursuant to Local Rules, and at his own risk

requests the appointment of the Circuit Clerk of:

**MICHAEL SIEGEL**
**KANSAS CITY PROCESS SERVICE**
**P.O. BOX 717**
**SMITHVILLE, MO 64089**
**816-217-3329**

Natural persons of lawful age to serve the summons and petition in this cause on the

below named parties.  This appointment as special process server does not include the

authorization to carry a concealed weapon in the performance thereof.

**SERVE AT:**
1000 WALNUT STREET
KANSAS CITY, MO 64106

All Risks to Plaintiff
So Appointed:

Date: ALL RISKS TO PLAINTIFF
SO APPOINTED:
By: /S/ JUDY ZERR  12:47 pm. Mar 22. 2017

**PONTELLO & BRESSLER**
  /s/ Dominic M. Pontello
Dominic M. Pontello, #60947
Attorney for Plaintiff
406 Boones Lick Rd
St. Charles, MO  63301
(636) 896-4170
(636) 246-0141 facsimile

Electronically Filed - St Charles Circuit Div - April 27, 2017 - 12:02 PM



# IN THE 11TH JUDICIAL CIRCUIT COURT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>MATTHEW E P THORNHILL | **Case Number: 1611-AC07161** |
| Plaintiff/Petitioner:<br>JAMES STEWARD | Plaintiff/Petitioner's Attorney/Address:<br>DOMINIC M PONTELLO<br>PONTELLO & BRESSLER<br>406 BOONES LICK RD<br>SAINT CHARLES, MO 63301<br>(636) 896-4170 |
| vs. | |
| Defendant/Respondent:<br>COMMERCE BANK | Date, Time and Location of Court Appearance:<br>**02-MAY-2017, 09:00 AM** |
| Nature of Suit:<br>AC Other Tort | **DIVISION 12 COURTROOM**<br>**300 N 2nd STREET**<br>SAINT CHARLES, MO 63301      (Date File Stamp) |

## Associate Division Alias Summons

The State of Missouri to: · **COMMERCE BANK**
        **Alias:**

**1000 WALNUT ST**
**KANSAS CITY, MO 64106**

**COURT SEAL OF**

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to Chapter 517 RSMo. Should you have any questions regarding responsive pleadings in this case, you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

**ST. CHARLES COUNTY**

     3/22/2017                                 **/S/ Judy Zerr**
        Date                                           Circuit Clerk
        Further Information:

### Sheriff's or Server's Return

Note to serving officer: Service must not be made less than ten days nor more than sixty days from the date the Defendant/Respondent is to appear in court.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
    Sam Holm (name) . Operations Manager (title).

☐ other _____ .

Served at White Pomell, 60. St 140 Black hall 911 Main St Kansas City Mo 64106 (address)

in Jackson (County/City of St. Louis), MO, on 3-31-17 (date) at 10:50 AM (time).

Michael Siegel _____ Michael S oege
Printed Name of Sheriff or Server                Signature of Sheriff or Server

DELYNNA R. _____<br>Notary Public - Notary Seal<br>State of Missouri<br>Commissioned for Clay County<br>My Commission Expires: February 14, 2018<br>Commission Number: 14004876

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on 4-3-17 (date)

My commission expires: 2-14-19
           Date                                   Notary Public

**Sheriff's Fees**

| | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| **Total** | $ · |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.