## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **JAMES STEWARD,** | ) |
| Plaintiff, | ) |
| | ) Case No. 4:17-cv-01397-HEA |
| v. | ) |
| **COMMERCE BANK,** | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this action against Defendant should be dismissed with prejudice, each party to bear its own costs.

Dated: March 19, 2018				Respectfully submitted,

**PONTELLO LAW, LLC**

By:   **/s/ Dominic Pontello,** MO#60947
406 Boones Lick Rd.
St. Charles, MO 63301
Telephone:  (636) 896-4170
Facsimile: (636) 246-0141
dominic@pontellolaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 19th day of March 2018, the foregoing was filed electronically and served upon counsel of record via the Court's ECF filing system.

                                                */s/ Dominic M. Pontello*
                                                Dominic M. Pontello